PEOPLE v JANKOWSKI. (Docket No. 59672.) Request for appointment of counsel denied. John R. Jankowski, *in propria persona,* appellant. Reported below: 74 Mich App 577.

PEOPLE v COLLINS. (Docket No. 59677.) Request for appointment of counsel denied. Byron Collins, *in propria persona,* appellant. Case below, Court of Appeals No. 30292, memorandum opinion of February 10, 1977.

PEOPLE v RONALD L JOHNSON. (Docket No. 59675.) Request for appointment of counsel denied. Ronald Luther Johnson, *in propria persona,* appellant. Reported below: 74 Mich App 250.

SEPTEMBER 20, 1977

BRINSON v GENESEE CIRCUIT JUDGE. (Docket No. 58252.) This Court having received a letter request and motion from plaintiff-appellant seeking certain relief or, as an alternative, proceeding *in propria persona,* the letter request and the motion are denied. Case below, Court of Appeals No. 27161, order of March 8, 1976.